# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021

October 4, 2021

**VIA ECF**

Hon. Judge Nathan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Tavarez v. Fitlife Brands, Inc.; Civil Action No. 1:21-cv-05697-AJN

Dear Judge Nathan,

The undersigned represents Plaintiff Victoriano Tavarez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for October 8, 2021. Plaintiff has not yet received an affidavit of service from its process server and requests that the upcoming Initial Conference be adjourned 30 days to allow Plaintiff to file a Proof of Service with the Court.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq.

The initial pre-trial conference is adjourned to November 12, 2021 at 3:30 p.m.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.   10/4/2021

